# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BENCHMARK CONTRACTING, INC., | Case No. 2:20-cv-01528-APG-DJA |
| Plaintiff, | |
| v. | **ORDER** |
| NEVADA PARTNERS INC., | |
| Defendant. | |

This matter is before the Court on Defendant's Motion to Extend Time to File Responsive Pleading (ECF No. 1), filed on August 18, 2020.  Plaintiff filed a Response (ECF No. 6) on August 31, 2020.  Defendant seeks to extend the time to file its responsive pleading until September 8, 2020.  It indicated that attempts were made to work with Plaintiff's counsel to agree upon an extension, but they were unable to secure agreement and need the additional time in order to properly respond to the Complaint.  Plaintiff opposes the extension request because it contends that the good cause standard is not met.  It argues that Defendant only claimed it needs more time to locate documents and the standard 21 days response time should be sufficient to do so.  The Court respects Fed.R.Civ.P. 1's directive to pursue the speedy resolution of litigation, but also balances the interest of trying cases on the merits.  It finds that the good cause standard has been met in order to provide Defense counsel with sufficient time to prepare a responsive pleading.  It does not find that the short extension until September 8, 2020 will unduly delay this litigation.

**IT IS THEREFORE ORDERED** that is Defendant's Motion to Extend Time to File Responsive Pleading (ECF No. 1) is **granted**.

DATED: September 8, 2020

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE